JUDGE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RAVEN MARLYNE HUDSON,<br><br>　　　　　Defendant. | No. CR22-175-JLR<br><br>ORDER GRANTING EX PARTE MOTION TO WITHDRAW AND FOR APPOINTMENT OF NEW COUNSEL |

　　　THE COURT has considered the Motion to Withdraw as Counsel and for Appointment of New Counsel and the records and files in this case.

　　　IT IS NOW ORDERED that Assistant Federal Public Defender Dennis Carroll is permitted to withdraw as defense counsel in this matter, and that new counsel shall be appointed to represent Raven Hudson from the CJA panel.

　　　DONE this 31st day of October, 2022.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　JAMES L. ROBART
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Dennis Carroll*
Assistant Federal Public Defender

ORDER TO WITHDRAW AND FOR
APPOINTMENT OF NEW COUNSEL
(*U.S. v. Raven Hudson*, CR22-175-JLR) - 1

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100